[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12320
Non-Argument Calendar

_____

D.C. Docket No. 1:11-cr-20585-UU-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENT ALLEN KNAPP,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 22, 2013)

Before CARNES, BARKETT and  HULL, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Vincent Knapp in this direct

criminal appeal, has filed a motion to withdraw on appeal, supported by a brief

prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  In response, Knapp has filed a motion to withdraw his appeal alleging his counsel has not directly communicated with him about counsel's motion to withdraw.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit on appeal as to Knapp's convictions and sentences, counsel's motion to withdraw is **GRANTED**, Knapp's motion to withdraw his appeal is **DENIED**, and Knapp's convictions and sentences are **AFFIRMED**.